## LAEDdb_InterDistrictTransfer_LAED

| | |
|---|---|
| **From:** | cmecfhelpdesk@mssd.uscourts.gov |
| **Sent:** | Friday, April 2, 2021 12:26 PM |
| **To:** | LAEDdb_InterDistrictTransfer_LAED |
| **Subject:** | Transferred case has been opened |

CASE: 2:13-cv-00304

DETAILS: Case transferred from Louisiana Eastern has been opened in Southern District of Mississippi as case 1:21-cv-00106, filed 04/02/2021.